UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, MICHAEL COURTNEY SHIRLEY, by and through his undersigned attorney, and pursuant to Local Rule 3.08, hereby moves this Court for an order continuing the trial of this cause, scheduled for the January 2023 trial term. Defendant's counsel alleges that good cause for this motion is shown by the following:

1. The trial of this cause is scheduled to commence in the January 2023 trial term.

2. On November 22, 2022, counsel for the government and counsel for the defense conferred in good faith to discuss discovery issues and deadlines in the case.

3. Contemporaneous with this motion counsel for the defense has filed a motion requesting an extension of the motion deadline to March 2, 2023.

4.	The Defendant moves this Honorable Court for a continuance of the trial of this case to allow counsel for the defense to view additional evidence in this case which includes more than 270,000 pages plus multiple cell phone and laptop extractions. Because of the nature of the evidence, this evidence has to be viewed at the U.S. Attorney's office and other government agencies.

5.	This discovery was timely noticed along with other discovery on October 18, 2022.

6.	This motion is made in good faith and not for the purpose of delay.

7.	Counsel for the defense certifies that he has conferred with opposing counsel in this matter, Assistant United States Attorney Amanda Daniels. Ms. Daniels has authorized undersigned counsel to represent that the government has no objection to this Motion to Continue Trial.

8.	Counsel certifies that Mr. Shirley consents to the continuance and counsel has filed a signed waiver of speedy trial by Mr. Shirley through April 2023.

WHEREFORE, the Defendant respectfully requests this Court enter its Order granting the Unopposed Motion to Continue and continuing the trial currently scheduled for the January 2023 trial term.

Respectfully submitted this 23rd day of November, 2022.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2022, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov. I further certify that we mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  N/A.

                                                s/Warren W. Lindsey
WARREN W. LINDSEY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:*  P.O. Box 505
Winter Park, FL 32790
Telephone:  (407) 644-4044
Facsimile:  (407) 599-2207
Attorneys for the Defendant.
warren@warrenlindseylaw.com