UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

### THIRD UNOPPOSED MOTION TO CONTINUE MOTION DEADLINE

The Defendant, MICHAEL COURTNEY SHIRLEY, by and through his undersigned attorney, and pursuant to Local Rule 3.08, hereby moves this Court for an order continuing the motion deadline of this cause until March 2, 2023. Defendant's counsel alleges that good cause for this motion is shown by the following:

    1.    On October 7, 2022, the Court entered a scheduling order requiring Motions and Notices be filed in this cause within twenty-one days.

    2.    The Court previously extended the above deadline to December 2, 2022.

    3.    On November 22, 2022, counsel for the government and counsel for the defense conferred in good faith to this and discuss discovery issues and deadlines.

4. Counsel for the government is in the process of verifying the location of relevant evidence that counsel for the defense will have to view in person at various locations.

5. That the relevant evidence counsel for the defense will have to review exceeds 270,000 pages plus multiple cell phone and laptop extractions. This evidence will have to be viewed at the U.S. Attorney's office and other government agencies.

6. This discovery was timely noticed along with other discovery on October 18, 2022.

7. There will not be sufficient time within the confines of the current deadline for a complete review of the evidence in this matter and to file appropriate pre-trial motions.

8. Counsel for the defense must have the opportunity to fully inspect the evidence to determine the necessity of filing additional motions.

9. This motion is made in good faith.

10. Counsel for the defense certifies that he has conferred with opposing counsel in this matter, Assistant United States Attorney Amanda Daniels. Ms. Daniels has authorized undersigned counsel to represent that the government has no objection to this Motion to Continue Motion Deadline until March 2, 2023.

11. Counsel has filed an Unopposed Motion to Continue the trial currently scheduled to commence in the January 2023 trial term.

12. Counsel has also filed a signed waiver of speedy trial by Mr. Shirley through the end of April 2023.

WHEREFORE, the Defendant respectfully requests this Court enter its Order granting the Unopposed Motion to Continue Motion Deadline until March 2, 2023,

Respectfully submitted this 23rd day of November, 2022.

[Certificate of Service on next page]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2022, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov. I further certify that we mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  N/A.

                                          s/Warren W. Lindsey
                                          WARREN W. LINDSEY, of
                                          LINDSEY, FERRY & PARKER, P.A.
                                          341 N. Maitland Avenue, Suite 130
                                          Maitland, FL 32751
                                          *Mail:*  P.O. Box 505
                                          Winter Park, FL 32790
                                          Telephone:  (407) 644-4044
                                          Facsimile:  (407) 599-2207
                                          Attorneys for the Defendant.
                                          warren@warrenlindseylaw.com