# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:22-cr-123-GAP-DCI**

**MICHAEL COURTNEY SHIRLEY**

## ORDER

This cause came on for consideration without oral argument on the Government's Memorandum of Law Regarding Forfeiture (Doc. 64).

Defendant is hereby **ORDERED** to file a memorandum in opposition by **12:00 PM on July 20, 2023**, if he disagrees with the Government's memorandum.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant