UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

        Defendant.
_____/

### DEFENDANT'S AMENDED WITNESS LIST

Defendant MICHAEL COURTNEY SHIRLEY, by and through his undersigned attorneys, respectfully submits the following list of witnesses to be called in the defendant's case-in-chief:

1. Alan Byrd

2. Donna Collins

3. Jason De Ford

4. Christopher Dorworth

5. Alexander Duda

6. Ernie Falco

7. Brianna Henderson

8. Nick Hoganson

9.  Nevada Gump

10. Bill James

11. Ashley Kohler

12. Mike McClean

13. Katherine Morales

14. Lauren Roberts

15. Jason Ross

16. Stephen Sebastian

17. Richard Sierra

18. Christine Stone

19. Sandra Sumner

20. Cynthia Torres (Kohler)

21. Wade Vose

22. Joel Greenberg

23. Hank Halbert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2023, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov and Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov.

              s/Ashley D. Parker
              ASHLEY D. PARKER, of
              LINDSEY, FERRY & PARKER, P.A.
              341 N. Maitland Avenue, Suite 130
              Maitland, FL 32751
              *Mail:* P.O. Box 505
              Winter Park, FL 32790
              Telephone: (407) 644-4044
              Facsimile: (407) 599-2207
              Attorneys for the Defendant.
              ashley@lindseyferryparker.com
              Florida Bar No. 112680