UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## NO OBJECTION TO UNITED STATES' MEMORANDUM OF LAW REGARDING FORFEITURE

Defendant MICHAEL COURTNEY SHIRLEY, by and through his undersigned attorneys, files this Notice of No Objection to United States' Memorandum of Law Regarding Forfeiture.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2023, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov and Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov.

s/Ashley D. Parker  
ASHLEY D. PARKER, of  
LINDSEY, FERRY & PARKER, P.A.  
341 N. Maitland Avenue, Suite 130  
Maitland, FL 32751  
*Mail:*  P.O. Box 505  
Winter Park, FL 32790  
Telephone:  (407) 644-4044  
Facsimile:  (407) 599-2207  
Attorneys for the Defendant.  
ashley@lindseyferryparker.com  
Florida Bar No. 112680