UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.             CASE NO. 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

**AMENDED GOVERNMENT'S WITNESS LIST**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Jade Ramos
2. Sandra Sumner
3. Cynthia Torres
4. Lynn Owen
5. Elaine Sarlo
6. Abigail Hirn
7. Jason Ross
8. Ernest Falco III
9. Joel Greenberg
10. Joseph Ellicott
11. Keith Ingersoll
12. Scott Skinner
13. Mary O'Brien, United States Secret Service

14. Alexis Brignoni, Federal Bureau of Investigation

15. United Secret Service Special Agent Nevada Gump

16. Federal Bureau of Investigation Special Agent Alexander Duda

17. Dana Murphy, Seminole County Tax Collector records custodian

18. AT&T records custodian

19. T-Mobile records custodian

20. Wells Fargo records custodian

21. Fairwinds Bank records custodian

22. American Express Records Custodian

23. Lauren Roberts

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

/s/ Chauncey A. Bratt
Chauncey A. Bratt
Assistant United States Attorney
USA No. 174
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: chauncey.bratt@usdoj.gov

By:  /s/ Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

U.S. v. MICHAEL COURTNEY SHIRLEY  Case No. 6:22-cr-123-GAP-DCI

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Warren William Lindsey, Esq.

Ashley D. Parker, Esq.

/s/ *Amanda S. Daniels*
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

3