UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                          CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

      Defendant.

_____/

## MOTION FOR SPECIAL ADMISSION

Dr. Gavin Clarkson, Esquire, moves for special admission to represent defendant in this action.

1.    I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.    I am a member in good standing of a bar of a United States district court; specifically, the Southern District of Texas.

3.    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any cases in state or federal court in Florida.

4.    I will comply with the federal rules and this Court's local rules.

5.    I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.    I will pay the fee upon special admission.

7.    I will register with the Court's CM/ECF system.

8.    I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

9.    Local Rule 3.01(g) Certification: I have conferred with the opposing party and represent the opposing party takes no position on this motion.

_____
Dr. Gavin Clarkson, Esq.
State of Texas Bar No. 24067335

2

Clarkson PLLC
1773 Westborough Drive, Suite 927
Katy, TX 77449

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2023, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov and Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov.

s/Ashley D. Parker
ASHLEY D. PARKER, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone:  (407) 644-4044
Facsimile:  (407) 599-2207
Attorneys for the Defendant.
ashley@lindseyferryparker.com
Florida Bar No. 112680

3