**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                              **CASE NO: 6:22-cr-123-GAP-DCI**

**MICHAEL COURTNEY SHIRLEY**
_____

**NOTICE OF SENTENCING**

**TAKE NOTICE** that sentencing has been set for:

> **TUESDAY, OCTOBER 31, 2023,** at **9:30 AM**
> United States Courthouse
> Fifth Floor, Courtroom Number 5A
> 401 W. Central Blvd.
> Orlando, Florida   32801-5750

**NOTE TO COUNSEL**: Counsel for the parties shall notify chambers as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. Failure to notify chambers of an extended hearing length may result in the hearing adjourning at 45 minutes and being continued to the next sentencing docket.

The Court will NOT consider, absent extraordinary circumstances, motions filed less than seven days prior to sentencing or memoranda filed less than five days prior to sentencing.

Date:  July 27, 2023



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing.  Should the U. S. Marshal determine that a writ is necessary to obtain Defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*

Distribution to the following:
Counsel for Defendant
U. S. Attorney
U. S. Marshal
U. S. Probation Office
U. S. Pretrial Services