UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

UNITED STATES RESPONSE TO
MOTION TO WITHDRAW AS ATTORNEY

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully opposes the motions to withdraw as attorney filed by Warren W. Lindsey and Ashley D. Parker. Docs. at 87 and 88. The United States takes no position on the motion to withdraw as attorney filed by Matthew P. Ferry. Doc. 89.

As stated in their respective motions, both Mr. Lindsey and Mr. Parker represented the defendant in the proceedings in the above captioned case. Doc. 87 at 1; Doc. 88 at 1. On July 21, 2023, approximately three days prior to the trial in the above captioned case, Gavin Clarkson, Esq. filed a motion requesting to appear in the case pro hac vice. Doc. 69. In that motion, Mr. Clarkson stated that he would comply with the Court's local rules. *Id.* The motion was granted on July 21, 2023. Doc. 70.

The trial in this case took place between July 24, 2023, and July 27, 2023. Docs. 71-83. The defendant was found guilty of all five Counts in the Indictment. Throughout the trial, Mr. Clarkson demonstrated a lack familiarity with the local

rules. For example, on multiple occasions, Mr. Clarkson made evidentiary objections or arguments out of turn with other members of the defense team in violation of local rule 5.03(d)(2). Mr. Clarkson's lack of familiarity with the local rules was also demonstrated by conduct in violation of local rule 5.02(d), as outlined in the District Court's Order to Show Cause at Doc. 90. For these reasons, the United States respectfully opposes the motions to withdraw as attorney filed by Mr. Lindsey and Mr. Parker at Docs. 87 and 88.

For the foregoing reasons, this Court should deny the motions to withdraw as attorney filed by Mr. Lindsey and Mr. Parker at Docs. 87 and 88.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Amanda S. Daniels*
AMANDA S. DANIELS
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

3

U.S. v. MICHAEL SHIRLEY                    Case No. 6:22-cr-123-GAP-DCI

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Warren W. Lindsey, Esq.
Ashley D. Parker, Esq.
Gavin Clarkson, Esq.

/s/ *Amanda S. Daniels*
AMANDA S. DANIELS
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: amanda.daniels@usdoj.gov