UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## MOTION FOR JUDGMENT OF ACQUITTAL

The Defendant, MICHAEL COURTNEY SHIRLEY, by and through undersigned counsel, hereby moves this Honorable Court for an Order, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, granting a judgment of acquittal and setting aside the verdict as to all five counts in the indictment, and as grounds therefor would show:

1.    Mr. Shirley was charged in a five-count indictment with one count of Conspiracy to Commit Honest Services Fraud in violation of 18 U.S.C. §§1343 and 1346, and four counts of Honest Services Fraud via Wire Fraud in violation of 18 U.S.C. §§1346 and 1349. Doc. 1.

2.    Mr. Shirley's jury trial began on July 24, 2023.

3. At the close of the Government's case, the defense moved for a judgment of acquittal, which the Honorable Court denied.

4. Following the defense resting their case, the defense renewed their motion for judgment of acquittal, which the Honorable Court denied.

5. On July 27, 2023, the Defendant was found guilty of all five counts in the indictment. Doc. 83.

6. Rule 29(c)(1) of the Federal Rules of Criminal Procedure states, "Time for a Motion. A defendant may move for a judgment of acquittal, or renew such a motion, within 14 days after a guilty verdict or after the court discharges the jury, whichever is later." Subsection 2 states, "Ruling on the Motion. If the jury has returned a guilty verdict, the court may set aside the verdict and enter an acquittal..."

7. Under Rule 29, a district court will grant a motion to enter a judgment of acquittal on grounds of insufficient evidence if it concludes that no rational trier of fact could have found the defendant guilty beyond a reasonable doubt. United States v. Reyes, 302 F.3d 48, 52 (2d Cir. 2002).

8. Pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure, the defense files this motion renewing their motion for judgment of acquittal for all the previously stated reasons.

9. Undersigned counsel has conferred with Assistant United States Attorney Amanda Daniels who opposes the granting of this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order granting this motion for judgment of acquittal, setting aside the verdict, and entering an acquittal as to all five counts.

Respectfully submitted this 10th day of August, 2023.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: 1) Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov, 2) Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov, and 3) Jennifer Michele Harrington, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, jennifer.harrington2@usdoj.gov.

        s/Ashley D. Parker
ASHLEY D. PARKER, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
ashley@lindseyferryparker.com
Florida Bar No. 112680