# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

## ORDER

Upon consideration of Dr. Gavin Clarkson's Response (Doc. No. 95) to the Court's Order to Show Cause (Doc. No. 90), the Court accepts the explanation of counsel and the Order to Show Cause is hereby **DISCHARGED.**

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant