**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**         **CASE NO.: 6:22-CR-123-GAP-DCI**

**V.**

**MICHAEL SHIRLEY,**
_____/

**MOTION TO CONTINUE SENTENCING HEARING**

Comes now, the Defendant, by and through undersigned counsel, hereby moves this Honorable Court to enter an order continuing the sentencing hearing, and alleges:

1. That this matter is set for sentencing on October 31, 2023, in this Honorable court.

2. That undersigned counsel was appointed to represent the Defendant at sentencing after his trial counsel withdrew from the case.

3. The case is complex and defense counsel is still learning and studying the case and needs more time to be fully prepared for sentencing.

4. The Defendant is facing many years in prison according to the presentence report.

5. The Defendant has multiple objections to the presentence report that he wants undersigned counsel to file. Defense counsel will need more time to prepare and file appropriate objections.

6. That defense counsel is seeking a sixty (60) day continuance to be properly prepared for sentencing.

7. That the United States Attorney's Office has been contacted and they have no objection to a thirty (30) day continuance, however, they do object to a sixty (60) day continuance.

## MEMORANDUM OF LAW

The Honorable Court has the authority to set sentencing dates. The Honorable Court also has the authority to continue a sentencing hearing for good cause. The facts outlined in this motion are good cause to continue the sentencing hearing. The Defendant has a 6th amendment right to have his counsel be properly prepared.

Wherefore, the Defendant moves this Honorable Court to enter an order continuing this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com