# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:22-cr-123-GAP-DCI**

**MICHAEL COURTNEY SHIRLEY**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO CONTINUE SENTENCING (Doc. No. 111)
>
> **FILED:** October 12, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The sentencing hearing is rescheduled to **Wednesday, January 10, 2024**, at 1:15 p.m. in United States Courthouse Annex, Courtroom Number 5A, 401 West Central Blvd, Orlando, Florida 32801. Defendant's presence is required at the hearing. The sentencing hearing scheduled for October 31, 2023. is **CANCELLED.**

**NOTE TO COUNSEL**: Counsel for the parties shall notify chambers as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. Failure to notify chambers of an extended hearing length may result in the hearing adjourning at 45 minutes and being continued to the next sentencing docket.

The Court will **NOT** consider, absent extraordinary circumstances, motions filed less than seven days prior to sentencing or memoranda filed less than five days prior to sentencing.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U. S. Marshal determine that a writ is necessary to obtain Defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant