UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA					CASE NO.: 6:22-CR-123-GAP-DCI

V.

MICHAEL SHIRLEY,
_____/

MOTION TO CONTINUE SENTENCING HEARING

Comes now, the Defendant, by and through undersigned counsel, hereby moves this Honorable Court to enter an order continuing the sentencing hearing, and alleges:

1. That this matter is set for a sentencing hearing on January 10, 2024, in this Honorable Court.

2. That the Defendant was convicted of multiple charges at a jury trial.

3. That the defense attorneys at trial were different attorneys than undersigned counsel which makes it more difficult for undersigned counsel to properly prepare for sentencing and become completely familiar with the facts of the case. The case is a complex fraud conspiracy with many moving parts.

4. The Defense has filed multiple objections to the presentence report, and the government, and the United States Probation Office have requested backup documents relating to the defense objections.

5. That the Defense has requested the trial transcripts be typed up so that undersigned counsel can read what occurred during the jury trial. The transcripts are pending completion.

6. That once the transcripts are finalized, counsel for the Defendant will need time to read and carefully review the transcripts to prepare properly for the sentencing hearing. The

     Defendant is facing years in Federal prison as a possible penalty.

7. The United States Attorney's Office has been contacted and they object to this motion.

8. The Defense is requesting a continuance of roughly sixty (60) days.

9. That if the Honorable Court grants the motion, Defense Counsel is out of the office on preplanned vacation on February 12, 2024 and February 20, 2024.

## **MEMORANDUM OF LAW**

     The Honorable Court has the authority to schedule sentencing hearing dates. The Honorable Court also has the authority to continue and reset sentencing dates for good cause. The need for the trial transcripts and the other stated reasons are good cause to reset the sentencing. The Defendant has a sixth amendment right to have counsel properly prepared for litigation.

     Wherefore**,** the Defendant moves this Honorable Court to enter an order as requested above.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire

_____

MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com