UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA          CASE NO.: 6:22-CR-123-GAP-DCI

V.

MICHAEL SHIRLEY,
_____/

**DEFENDANT'S NOTICE OF LENGTH OF SENTENCING HEARING**

Comes now, the Defendant, Michael Shirley, by the undersigned counsel, hereby requests that the Court schedule the sentencing proceeding in this matter so as to allow it to extend beyond the standard forty-five (45) minutes and up to one and one-half (1 ½) hours for the proceeding to be completed. In support thereof, the Defendant states:

1. The Defendant's sentencing hearing is set for February 6, 2024, at 9:30 a.m., before this court.

2. This Court entered an Order, Docket number 118 directing that if any party anticipates that the sentencing hearing will exceed forty-five (45) minutes, a notice shall be filed indicating the expected length of the hearing.

3. The Defendant was convicted at trial and sentencing is expected to be lengthy. It is the hope of the undersigned that the sentencing hearing will be completed within the general time limitation of 45 minutes.

4. While the undersigned will not take longer than necessary, out of an abundance of caution, he hereby notifies the Court that sentencing may not be able to be completed in 45 minutes. The defense anticipates using some documentary evidence as mitigation at the sentencing

  hearing in addition to possible testimony of witnesses. There are also most likely going to be unresolved objections to the presentence report.

5.  The undersigned requests that the sentencing be scheduled so as to allow up to 1 ½ hours for the proceedings to be conducted and completed.

  WHEREFORE, the Defendant files the above notice in writing with the Honorable Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

  /s/ Michael W. Nielsen, Esquire
  _____
  MICHAEL W. NIELSEN, ESQUIRE
  NIELSEN LAW FIRM
  720 West State Road 434
  Winter Springs, Florida 32708
  (407)327-5865 [FAX(407)327-0384]
  Attorney for Defendant
  Florida Bar No.: 0794392
  nielsenlaw@cfl.rr.com