## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**　　　　　　**CASE NO.: 6:22-CR-123-GAP-DCI**

**V.**

**MICHAEL SHIRLEY,**
_____/

### PARTIALLY UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Comes now, the Defendant, by and through undersigned counsel, hereby moves this Honorable Court to enter an order continuing the sentencing hearing, and alleges:

1. That this matter is set for sentencing on February 6, 2024, in this Honorable Court.

2. That the Defense needs a little more time to be properly prepared for the sentencing hearing.

3. That the court has previously continued the hearing and indicated a reluctance to move it again.  However, the motion is made in good faith.

4. As stated before, undersigned counsel was not trial counsel and did not have any involvement in the matter in the pretrial and discovery phases either.

5. That the Defendant had two attorneys represent him at the same time prior to this counsel being appointed.

6. The trial transcripts were not fully prepared until January 25, 2024, in the evening.

7. That upon reviewing the trial transcripts, it became clear to the defense that certain documents needed to be located to argue points at sentencing.

8. In addition, the defense counsel is scheduled to be in trial in State Court starting on January 29, 2024, in front of the Honorable Judge Chase in Seminole County.

9. The defense is seeking roughly a two-week continuance of the sentencing hearing.

10. The United States Attorneys' Office and the defense have been in communication on multiple occasions relating to the sentencing. The United States Attorney's Office does not agree to the requested two-week continuance. However, there is no objection by the United States Attorney's Office to a roughly one-week continuance.

11. That if the Honorable Court is going to grant the additional time, the defense attorney is not available for court and out of the office on preplanned vacation dates of:

February 12, 2024 and,

February 20, 2024

## **MEMORANDUM OF LAW**

The Honorable Court has the authority to set sentencing hearing dates. The Honorable Court also has the authority to continue sentencing hearing dates if requested by either party to do so. The defense alleges the above stated grounds are good cause to grant the additional time.

Wherefore**,** the Defendant moves this Honorable Court to enter an order as requested above.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 28, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire

_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com